# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANNI RUTH GOYETTE,** </br> Plaintiff, </br> v. </br> **NANCY A. BERRYHILL**, Acting Commissioner of Social Security, </br> Defendant. | NO. CV 17-6850-KS </br></br> **JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: January 8, 2019

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE